UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| **SOC TRANG SEAFOOD JOINT STOCK COMPANY,**<br><br>　　　　Plaintiff,<br><br>　v.<br><br>**UNITED STATES,**<br><br>　　　　Defendant. | **Court No. 25-00030** |

# ORDER

Upon consideration of the Consent Motion to Intervene filed on behalf of the Ad Hoc Shrimp Trade Action Committee ("AHSTAC"), it is hereby

**ORDERED** that the Consent Motion to Intervene is granted; and it is further

**ORDERED** that AHSTAC shall have Defendant-Intervenor status in this action.

**SO ORDERED.**

_____
Judge

Dated: _____, 2025
　　New York, New York

Pursuant to Rule 82(b)(5), the above motion is Granted.

Dated: 2/21/2025

　　　　　　　　　　Clerk of the Court
　　　　　　　　　　By: /s/ Giselle Almonte
　　　　　　　　　　Deputy Clerk