UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| SOC TRANG SEAFOOD JOINT STOCK COMPANY (STAPIMEX),<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>UNITED STATES,<br><br>　　　　Defendant<br><br>　　　　and<br><br>AD HOC SHRIMP TRADE ACTION COMMITTEE and AMERICAN SHRIMP PROCESSORS ASSOCIATION,<br><br>　　　　Defendant-Intervenors. | Before: Leo M. Gordon, Judge<br><br>Court No. 25-00030 |

**JUDGMENT**

This case having been submitted for decision, and the court, after due deliberation, having rendered an opinion; now in conformity with that opinion, it is hereby

**ORDERED** that final affirmative determination in the countervailing duty investigation conducted by the U.S. Department of Commerce into frozen warmwater shrimp from the Socialist Republic of Vietnam, see <u>Frozen Warmwater Shrimp from the Socialist Republic of Vietnam</u>, 89 Fed. Reg. 85,500 (Dep't of Commerce Oct. 28, 2024) (final determ.), and accompanying Issues and Decision Memorandum, is sustained; and it is further

**ORDERED** that the subject entries enjoined in this action, see ECF No. 20 (order granting consent motion for injunctive relief), must be liquidated in accordance with

Court No. 25-00030					Page 2

the final court decision, as provided for in Section 516A(e) of the Tariff Act of 1930, as amended, 19 U.S.C. § 1516a(e) (2024).

                                                              /s/ Leo M. Gordon
                                                  Judge Leo M. Gordon

Dated: January 8, 2026
      New York, New York