LAW OFFICES

# INTERNATIONAL TRADE LAW COUNSELORS, PLLC
### 8647 RICHMOND HIGHWAY
### SUITE 623
### ALEXANDRIA, VIRGINIA 22309
### U.S.A.

JOHN J. KENKEL
TELEPHONE: 1-202-390-4064

IntlTradeLawCounselors@outlook.com

May 1, 2026

Tate Nathan Walker, Esq.
U.S. Department of Justice
P.O. Box 480
Ben Franklin Station
Washington, D.C. 20044

Nathaniel J. Rickard, Esq.
Picard, Kentz & Rowe, LLP
1155 Connecticut Avenue, NW
Suite 700
Washington, DC 20036

Roger B. Schagrin, Esq.
Schagrin Associates
900 Seventh Street, NW
Suite 500
Washington, D.C. 20001

> **Re:    U.S. CIT Court 25-00030, Memorandum and Order dated April 21, 2026.**

Dear Counsel:

I wish to apologize to the Court and to all affected parties concerning my sanctionable conduct in this case.  When I filed the motion to correct my previous statement in the reply brief filed on behalf of STAPIMEX regarding the source of the cost of raw land in Thailand, I did not realize the severity of the problem or the ensuing consequences.

Indeed, my opening brief should have been clearer regarding this issue and raised it along with supporting legal arguments.  I failed in that regard.  Suffice it to say that I have learned a valuable lesson from this and will strive in all future cases to demand as much of myself as does the Court.

Again, my apologies.

Sincerely,

*John J. Kenkel*
John J. Kenkel